## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

THOMAS FRANCIS REBMAN AND
DANNY BRANDNER, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

            **Plaintiffs,**

-vs-                              Case No.  6:06-cv-1476-Orl-28KRS

FOLLETT HIGHER EDUCATION GROUP,
INC., DAYTONA BEACH COMMUNITY
COLLEGE, INC.,

            **Defendants.**

_____

## ORDER

This case is before the Court on Plaintiffs' Motion for Class Certification (Doc. No. 72) filed July 30, 2007.   The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by the Plaintiffs and the Defendant, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed January 17, 2008 (Doc. No. 107) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Plaintiffs' Motion for Class Certification (Doc. No. 72) is **DENIED without prejudice.**

3.      If it is appropriate after resolution of the pending motion for summary judgment, Plaintiffs will be granted leave to refile their motion for class certification.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __2/__ day of February, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party